1
2
3
4
5

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

6
7
8

| | |
|---|---|
| 9 LUIS MADRIGAL ALVAREZ, | CASE NO. 09cv2399 WQH (POR) |
| 10 Petitioner, | **ORDER** |
| vs. | |
| 11 JANET A. NAPOLITANO, Secretary of Homeland Security, et al., | |
| 12 | |
| 13 Respondents. | |

14

HAYES, Judge:

15

The matter before the Court is Petitioner Luis Madrigal Alvarez's Motion for Leave to

16
Proceed *In Forma Pauperis* (Doc. # 3).

17
## DISCUSSION

18
On October 23, 2009, Petitioner filed his Petition for Writ of Mandamus (Doc. # 1).

19
On October 29, 2009, the Court dismissed the action *sua sponte* without prejudice for failure

20
to pay the $350 filing fee or to file a Motion to Proceed *In Forma Pauperis* (Doc. # 2).  On

21
November 3, 2009, Petitioner filed his Motion to Proceed *In Forma Pauperis* accompanied by

22
a declaration about his financial circumstances (Doc. # 3).

23
All parties instituting a civil action, suit, or proceeding in a district court of the United

24
States, other than a petition for writ of habeas corpus, must pay a filing fee of $350.00.  28

25
U.S.C. § 1914(a).  An action may proceed despite a party's failure to pay only if the party is

26
granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a).  *See Rodriguez*

27
*v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).  "To proceed in forma pauperis is a privilege not

28
a right."  *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).

1    In his accompanying declaration, Petitioner states that he is not employed.  Petitioner

2  states he was last employed in late 2006, earning about $480.00 per week (Doc. # 3 at 2).  In

3  the past twelve months, Petitioner has not received any income.  *Id.*  He has a negative balance

4  in his checking account, no savings, and does not own an automobile. *Id.*  He owes his sister

5  $1500.00 for paying his immigration bond.  *Id.*  He is supported by his sister because he does

6  not currently have authorization to work in this country.  *Id.*

7                                           **ORDER**

8    After considering Petitioner's motion and the accompanying affidavit, the Court

9  concludes that Petitioner is entitled to proceed *in forma pauperis*.  Accordingly, Petitioner's

10  Motion to Proceed *In Forma Pauperis* (Doc. # 3) is GRANTED. The Clerk of the Court shall

11  file the complaint without prepayment of the filing fee.

12    The Clerk shall issue the summons, provide Petitioner with a certified copy of both this

13  Order and his Complaint, and forward them to Petitioner along with a blank U.S. Marshal

14  Form 285 for each Respondent named in his Complaint.  Petitioner shall complete the Form

15  285s and forward them to the United States Marshal.  The U.S. Marshal serve a copy of the

16  Complaint and summons upon Respondent as directed by Petitioner on each U.S. Marshal

17  Form 285.  All costs of service shall be advanced by the United States.  *See* 28 U.S.C. §

18  1915(d); FED.R.CIV.P. 4(c)(2).

19    Petitioner shall serve upon Respondent or, if appearance has been entered by counsel,

20  upon Respondent's counsel, a copy of every further pleading or other document submitted for

21  consideration of the Court.  Petitioner shall include with the original paper to be filed with the

22  Clerk of the Court a Certificate of Service stating the manner in which a true and correct copy

23  of any document was served on Respondent, or counsel for Respondent, and the date of

24  service.  Any document received be the Court which has not been filed with the Clerk or which

25  fails to include a Certificate of Service will be disregarded.

26  DATED:  November 12, 2009

27                              *William Q. Hayes*
                                **WILLIAM Q. HAYES**
28                               United States District Judge

- 2 -                                              09cv2399 WQH (POR)